IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM HENRY HARRINGTON, III,

    Plaintiff,

v.                                            Civil Action No. **3:22CV693**

**KEN STOLLE**, *et al.*,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on November 4, 2022, the Court conditionally docketed Plaintiff's action. On December 13, 2022, the United States Postal Service returned the November 4, 2022, Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT HERE." (ECF No. 5, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 23 February 2023
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge